UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

MARIO GUERRERO,
                         Defendant.
-----------------------------------------------------------X

07 cr 966 (JGK)

**SPEEDY TRIAL ORDER**

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2007

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Wednesday, November 7, 2007 at 3:00pm** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **November 7, 2007** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                      _____
                                                      ~~JOHN G. KOELTL~~ JED S. RAKOFF
                                                      **UNITED STATES DISTRICT JUDGE**
                                                      Part I

Dated: New York, New York
         October 26, 2007