UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                        07 cr 966 (JGK)

-against-

                                                    **SPEEDY TRIAL ORDER**

MARIO GUERRERO,
                            Defendant.
------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

       The parties are directed to appear for a conference on **Friday, January 25, 2008 at 11:00am** before the Honorable John G. Koeltl.

       The Court prospectively excludes the time from today until **January 25, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                      JOHN G. KOELTL
                                                 UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        January 4, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/08