UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

MARIO GUERRERO,

           Defendant.

07 Cr. 966 (JGK)

SPEEDY TRIAL ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **March 7, 2008** at **11:00 a.m.**

Because an adjournment is needed to allow for the defendant to review discovery, to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **January 25, 2008,** until **March 7, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
             January 25, 2008

                                      John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08