UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: _3/7/08_             │
└─────────────────────────────────┘
```

UNITED STATES OF AMERICA,

         - against -

MARIO GUERRERO,

                 Defendant.

07 Cr. 966 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on April 11, 2008 at 3:30 p.m.

Because an adjournment is needed to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **March 7, 2008,** until **April 11, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:      New York, New York
             March 7, 2008

                            John G. Koeltl
                       United States District Judge