```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

MARIO GUERRERO,

                              Defendant.
-------------------------------------------------------------X

S1 07 cr 966 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

    The parties are directed to appear for a conference on **Thursday, April 24, 2008 at 10:30am** before the Honorable John G. Koeltl.

    The Court prospectively excludes the time from today until **April 24, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                        _____
                                                           JOHN G. KOELTL
                                             UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         April 11, 2008